Peter F. Snell
212 692 6850
psnell@mintz.com
mintz.com



MINTZ

Chrysler Center
666 Third Avenue
New York, NY 10017
212 935 3000
212 983 3115 fax

MEMO ENDORSED

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/19

November 15, 2019

**VIA ECF**
Honorable Ronnie Abrams
United States District Court for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
Courtroom 1506
New York, NY 10007

Re: *Digital Medical Technologies, LLC doing business as AdhereTech v. AdhereHealth, LLC*, C.A. No. 19-CV-7456 (RA) (S.D.N.Y.)

Dear Judge Abrams:

    Pursuant to Section 1(D) of the Court's Individual Rules and Practices in Civil Cases, the Parties respectfully submit the Joint Letter requesting: an extension until December 9, 2019 for Defendant to respond to Plaintiff's Complaint; and an adjournment of the initial pre-trial conference to occur after December 9, 2019.

    In support of this request, the Parties state that they are currently engaged in substantive settlement negotiations. The Parties respectfully request an extension and continuance of Defendant's deadline and the initial pre-trial conference to enable the parties to continue those discussions.

    The Parties further state:

(1)     Defendant's deadline to respond to the Complaint is currently set for November 18, 2019 (Dkt. 10).[1] The initial pre-trial conference is currently set for November 22, 2019 at 1:00 p.m. (Dkt. 12).

(2)     This is the Parties' first request for an adjournment or extension of time.

(3)     Both Parties consent to the relief requested herein.

    The Court has not yet entered a Scheduling Order, such that no other scheduled dates will be affected by the requested extension and adjournment.

---

[1] Defendant's investigation of Plaintiff's claims is ongoing, and Defendant expressly reserves all possible claims and defenses, including lack of personal jurisdiction and improper venue.

Honorable Ronnie Abrams
November 15, 2019
Page 2


MINTZ

Respectfully submitted,

/s/ Peter F. Snell
Peter F. Snell, Esq.
Michael R. Graif, Esq.
MINTZ LEVIN COHN FERRIS
 GLOVSKY AND POPEO P.C.
666 Third Avenue
New York, NY 10017
(212) 935-3000
pfsnell@mintz.com
mrgraif@mintz.com

*Attorneys for Plaintiff*

/s/ Eugene D. Kublanovsky
Eugene D. Kublanovsky (EK 0605)
Kublanovsky Law, LLC
817 Broadway, Fourth Floor
New York, New York 10003
Tel: (212) 729-4707
Email: eugene@edklaw.com

Maia T. Woodhouse, Esq.
(*motion for pro hac vice admission forthcoming*)
Tennessee BPR No. 030438
Adams and Reese LLP
424 Church Street 28 Floor
Nashville, Tennessee 37219
Tel: (615) 259-1450
Fax: (615) 259-1470
Email: maia.woodhouse@arlaw.com

Counsel for Defendant AdhereHealth, LLC

cc: Counsel of Record (*via* ECF)

---

Application granted. Defendant shall answer or otherwise respond to the complaint no later than December 9, 2019. The initial status conference scheduled for November 22, 2019 is hereby adjourned to December 13, 2019 at 1:00 p.m.

SO ORDERED.

Hon. Ronnie Abrams
11/18/2019